IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11 CV 548-FL

JERRY LEE ARTIS, )
    Plaintiff, )    O R D E R
)
v. )
)
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
    Defendant. )

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3), and in light of the government's request to remand this action for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89, 111 S. Ct. 2157, 115 L. Ed.2d 78 (1991) and Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625, 125 L. Ed.2d 293 (1993).

The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this <u>21st</u> day of February 2012

<u>/s/ Louise W. Flanagan</u>
LOUISE W. FLANAGAN
Chief United States District Judge