UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JERRY LEE ARTIS,

   Plaintiff,

v.    **JUDGMENT**

   No. 5:11-CV-548-FL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

   Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 21, 2012, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and § 1383(c)(3) for administrative proceedings.

**This Judgment Filed and Entered on February 22, 2012, and Copies To:**

Lila T. Forro (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)


February 22, 2012        DENNIS P. IAVARONE, CLERK
               /s/ Christa N. Baker
               (By) Christa N. Baker, Deputy Clerk